FILED: July 29, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1494
(5:24-cv-00055-JPB)
_____

DIANA MEY, on behalf of herself and a class of others similarly situated

    Plaintiff - Appellee

v.

WILLIAM PINTAS; P&M LAW FIRM, LLC; P&M LAW FIRM (PR), LLC

    Defendants - Appellants

and

RELIANCE LITIGATION LLC; JAMES RYDER INTERACTIVE LLC

    Defendants

_____

O R D E R
_____

Upon consideration of the submissions relative to appellants' motion to stay the district court proceedings pending appeal and to expedite the appeal, the court denies the motion.

Judge Richardson and Judge Rushing voted to deny the motion. Judge Gregory voted to grant the motion as to stay and deny the motion as to expedite.

For the Court

/s/ Nwamaka Anowi, Clerk