FILED: August 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1494
(5:24-cv-00055-JPB)

_____

DIANA MEY, on behalf of herself and a class of others similarly situated

        Plaintiff - Appellee

v.

WILLIAM PINTAS; P&M LAW FIRM, LLC; P&M LAW FIRM (PR), LLC

        Defendants - Appellants

 and

RELIANCE LITIGATION LLC; JAMES RYDER INTERACTIVE LLC

        Defendants

_____

O R D E R

_____

Appellants have filed a petition for rehearing en banc of this Court's July 29, 2024 order denying a motion for stay pending appeal. A petition for rehearing may

not be filed prior to entry of judgment. *See* Fed. R. App. P. 40(a)(1). Accordingly, the petition is denied as premature.

                                       For the Court

                                       /s/ Nwamaka Anowi, Clerk