**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 9, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No. 24-1494,    <u>Diana Mey v. William Pintas</u>
                5:24-cv-00055-JPB

TO:    P&M Law Firm (PR), LLC
       P&M Law Firm, LLC
       William  Pintas
       Diana  Mey

RESPONSE DUE: 09/12/2024

Response is required to the notice requesting information regarding similar cases on or before 09/12/2024. Please use the following form to submit response: **<u>Response - Similar Cases</u>**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Rachel Phillips, Deputy Clerk
804-916-2702