UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1494
(5:24-cv-00055-JPB)
_____

DIANA MEY, on behalf of herself and a class of others similarly situated

    Plaintiff - Appellee

v.

WILLIAM PINTAS; P&M LAW FIRM, LLC; P&M LAW FIRM (PR), LLC

    Defendants - Appellants

and

RELIANCE LITIGATION LLC; JAMES RYDER INTERACTIVE LLC

    Defendants

_____

CORRECTED ORDER
_____

Upon consideration of the motion to dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

                                        For the Court

                                        /s/ Nwamaka Anowi, Clerk